UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  08/30/2024
```

---------------------------------------------------------------------X
                               :

KISSO-GASHI, et. al.,                  :

                      Plaintiffs,       :                     24-cv-4263 (LJL)

            -v-                :                   ORDER
                                 :

SP PLUS CORPORATION,          :

                      Defendant.     :

---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court held an initial conference on August 30, 2024.  The parties are directed to submit a proposed case management plan by no later than September 13, 2024.

      SO ORDERED.

Dated: August 30, 2024
      New York, New York                        LEWIS J. LIMAN
                                          United States District Judge