```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
KISSO-GASHI et al,                                               :
                                                                 :
                              Plaintiffs,                        :
                                                                 :           24-cv-04263 (LJL)
              -v-                                                :
                                                                 :           ORDER
SP PLUS CORPORATION,                                             :
                                                                 :
                              Defendant.                         :
                                                                 :
-----------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The parties have submitted a proposed stipulation extending the time for the completion of discovery at Dkt. No. 19. An application to amend a scheduling order must be made by letter motion and must set forth good cause. *See Furry Puppet Studio Inc. v. Fall Out Boy*, 2020 WL 4978080, at *1 (S.D.N.Y. Feb. 24, 2020) (listing this Court's requirement for a movant to make a showing of good cause that deadlines in a scheduling order should be extended).

SO ORDERED.

Dated: February 14, 2025
       New York, New York                             _____
                                                      LEWIS J. LIMAN
                                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/2025