**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 REKHA KISSO-GASHI and FATOS GASHI,

                                 Plaintiffs,

         -against-                                 24 **CIVIL** 4263 (LJL)

                                                  **JUDGMENT**

SP PLUS CORPORATION,

                                 Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 23, 2026, the motion for summary judgment is granted. Summary judgment is granted for Defendant dismissing all counts against Defendant; accordingly, the case is closed.

**Dated:** New York, New York

       March 24, 2026

                                         **TAMMI M. HELLWIG**

                                 _____
                                         **Clerk of Court**

                            **BY:**           K. mango

                                    _____
                                         **Deputy Clerk**